1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

11    THERESA BROOKE,                          Case No. 1:25-cv-01146 JLT CDB

12              Plaintiff,                      ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS AND DECLINING
13        v.                                   SUPPLEMENTAL JURISDICTION OVER
                                               PLAINTIFF'S STATE LAW CLAIM
14    SVAG REALTY LLC,
                                               (Doc. 6)
15              Defendant.

16

17        Theresa Brooke seeks to hold Svag Realty LLC liable for violations of the Americans

18   with Disabilities Act and California's Unruh Civil Rights Act.  (Doc. 1.)  Following an order to

19   show cause regarding jurisdiction (Doc. 4), the assigned magistrate judge issued Findings and

20   Recommendations, recommending the Court decline to exercise supplemental jurisdiction over

21   Plaintiff's state law claim and dismiss the Unruh Act claim without prejudice pursuant to 28

22   U.S.C. § 1367(c)(4).  (Doc. 6.)

23        The Court served the Findings and Recommendations on Plaintiff[1] and informed her that

24   any objections must be filed within 14 days of the date of service.  (Doc. 6 at 8.)  The Court

25   advised her that "failure to file objections within the specified time may result in the waiver of

26   rights on appeal."  (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-839 (9th Cir. 2014).)

27   Plaintiff did not file objections, and the time to do so has expired.

28
     _____
     [1] Defendant has not yet appeared in this action.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of the case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1.  The Findings and Recommendations dated September 15, 2025 (Doc. 6) are **ADOPTED** in full.

2.  The Court **DECLINES** to exercise supplemental jurisdiction over Plaintiff's claim arising under state law pursuant to 28 U.S.C. § 1367(c)(4).

3.  Plaintiff's second cause of action for a violation of the Unruh Act is **DISMISSED** without prejudice.

IT IS SO ORDERED.

Dated:    **October 1, 2025**

UNITED STATES DISTRICT JUDGE